Name: Janell Rene' Butler
Address: P.O Box 151
Cornelius OR 97113
Phone: 971-340-5854

FILED 13 APR '17 11:48 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

Janell Rene' Butler

Plaintiff(s),

Civil Case No: 3-17-CV-292-SI

vs.

Forest Grove Police Dept et al

Defendant(s).

I am asking you to give me an extension to file an appeal on this case as I applied for a pro bono attorney today 4-13-17.

Dated: 4-13-17

Janell Rene' Butler